UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

    Jonathan E. Dansby                                       CASE NO.  21-32400
    Miranda R. Dansby

    _____   Debtor(s)

## SCHEDULE OF ALLOWED CLAIMS

    Debtor(s) by counsel, states that the following claims have been duly proven, and should be allowed as unsecured and paid in accordance with the Order of Confirmation.

| **Claim No.** | **Amount** |
|---|---|
| 1. LVNV<br>Resurgent Capital Services<br>POB 10587<br>Greenville, SC 29603 | $495.02 |
| 2. LVNV<br>Resurgent Capital Services<br>POB 10587<br>Greenville, SC 29603 | $7394.20 |
| 6. Wells Fargo Bank<br>Wells Fargo Card Services<br>POB 10438, MAC F8235-02F<br>Des Moines, IA 50306 | $13052.74 |
| 8. JPMorgan Chase Bank<br>c/o National Bankruptcy Services LLC<br>POB 9013<br>Addison, TX 75001 | $4826.15 |
| 9. JPMorgan Chase Bank<br>c/o National Bankruptcy Services LLC<br>POB 9013<br>Addison, Texas 75001 | $1331.75 |
| 14. GLA Collection Inc.<br>POB 588<br>Greensburg, IN 47240 | $854.00 |

Local Form L

| | |
|---|---|
| 15.  GLA Collection Inc.<br>POB 588<br>Greensburg, IN 47240 | $678.00 |
| 16.  JPMorgan Chase Bank<br>c/o Robertson, Anschutz & Schneid, PL<br>6409 Congress Ave., Ste. 100<br>Boca Raton, FL 33487 | $11397.58 |
| 17.  Baptist Health Hardin<br>Credit Bureau Systems, Inc.<br>POB 8249<br>Paducah, KY 42002 | $6494.92 |
| 18.  Baptist Health Medical Group Hardin<br>Credit Bureau Systems, Inc.<br>POB 8249<br>Paducah, KY 42002 | $26.85 |
| 19.  Hardin Memorial Hospital<br>Credit Bureau Systems, Inc.<br>POB 8249<br>Paducah, KY 42002 | $1122.27 |

Dated:  March 7, 2022

Attorney For Debtor(s)
/s/Mary Eleanor Burnett
MARY ELEANOR BURNETT
915 Memorial Court, Ste. 100
Elizabethtown, Kentucky 42701
270.769.4618
mary@bcglawcenter.com