United States Bankruptcy Court
For The
Western District of Kentucky

IN RE:                          )
                                )
   Jonathan E. Dansby           )     Case No:
   Miranda R. Dansby            )     21-32400
          Debtor(s)             )

# MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN TO LOWER PLAN PERCENTAGE AND LOWER PLAN PAYMENT

For their Motion to Amend Confirmed Chapter 13 Plan, Debtor, by counsel, states as follows:

1. The Debtor filed for Bankruptcy Relief under Chapter 13 of the United States Bankruptcy Code on November 30, 2021.

2. The Debtor filed a Chapter 13 Plan, which was Confirmed. In that Order, the Debtors were to pay $1992 monthly for sixty months. The plan was a 100% plan.

3. Prior to the filing and immediately thereafter filing, debtor's income was high and the debtors were able to live comfortably and make their plan payment and living expenses. There was no reason for the debtors to believe that debtor's employment and income stream was not going to continue as it had historically.

4. That debtor one has now faced a drought in contracting jobs and has had to take lower-paying jobs and debtor two has had to enter the workforce again. The family has had to employ caretakers for their children and undergo more financial household bills not expected in their prior budget.

5. The debtors want to continue their chapter 13 payment plan but respectfully requests that the plan be amended to pay unsecured creditors 30% instead of 100% so that the plan can continue.

6. The debtors can afford a lowered plan payment of $1000 to continue to pay unsecured creditors 30%.

**WHEREFORE**, Debtor moves this Honorable Court to Amend the Amended Chapter 13 Plan.

Respectfully submitted,

/s/Mary Eleanor Burnett\_\_\_\_\_
MARY ELEANOR BURNETT
Burnett & Griffin, PLLC
915 Memorial Court, Suite 100
Elizabethtown, KY 42701
270-769-4618
mary@bcglawcenter.com

## CERTIFICATE OF MAILING

I, the undersigned, hereby certify that on October 27, 2022, a copy of the foregoing was sent electronically to William Lawrence, Trustee, Office of the U.S. Trustee, Debtor and was mailed to all parties in interest on the attached creditor matrix.

/s/ Mary Eleanor Burnett
MARY ELEANOR BURNETT